UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT MYERS, | ) | |
| Plaintiff(s), | ) | No. C07-2150 BZ |
| v. | ) | **ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR A TEMPORARY RESTRAINING ORDER** |
| CITY & COUNTY OF SAN FRANCISCO, et al., | ) | |
| Defendant(s). | ) | |

On April 18, 2007, plaintiff filed his complaint and a request for an emergency injunction. Reading the request as a motion for a temporary restraining order, and after a full hearing, I denied plaintiff's request. On April 19, 2007 plaintiff filed an amended complaint and a nearly-identical request for a temporary restraining order. The showing he now makes is not materially different than his earlier showing to cause me to alter my ruling. Plaintiff's renewed motion for a temporary restraining order is **DENIED**.

Dated: April 20, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MYERS\ORDER.DENY.TRO.wpd

1