UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MYERS,              )<br>                            )<br>     Plaintiff(s),        )<br>                            )<br>     v.                     )<br>                            )<br>CITY & COUNTY OF SAN        )<br>FRANCISCO, et al.,          )<br>                            )<br>     Defendant(s).          )<br>                            )<br>_____ ) | No. C07-2150 BZ<br><br>**ORDER DESIGNATING CASE FOR E-FILING** |

    Having been advised by plaintiff that he is willing and able to participate in the Court's Electronic Case Filing (ECF) Program, and pursuant to Civil Local Rule 5-4 and General Order No. 45, **IT IS HEREBY ORDERED** that <u>Myers v. City & County of San Francisco</u>, C07-2150 BZ, is re-designated to the ECF Program.  Plaintiff will register as an e-filer within ten days of the date of this order, and thereafter comply with all rules regarding e-filing.[1]  Please consult the ECF website at http://ecf.cand.uscourts.gov for instructions regarding ECF registration forms, interactive tutorials, and complete

---

[1] Defendant is already an e-filing party.

1

1 | instructions for e-filing.
2 | Dated: July 31, 2007

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MYERS\E-FILE.ORDER.wpd