UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MYERS,            )<br>                          )<br>          Plaintiff(s), )<br>                          )<br>     v.                   )<br>                          )<br>CITY & COUNTY OF SAN      )<br>FRANCISCO, et al.,        )<br>                          )<br>          Defendant(s).   )<br>                          )<br>_____) | No. C07-2150 BZ<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR MEDICAL AND PSYCHIATRIC EVALUATION** |

   Before me is plaintiff's "Motion to Order Larkin Street Youth Clinic and University of California [sic] at San Francisco Hospital to Due [sic] Full Medical and Mental Health Evaluations".  Mr. Myers has has told the court that these institutions are willing to perform medical and mental health evaluations of him but have requested an order from this Court before doing so.  There being no opposition by defendants to plaintiff's motion, **IT IS HEREBY ORDERED** that:

   1.   The Larkin Street Youth Clinic shall evaluate plaintiff's medical disability, and provide plaintiff with a written report of this evaluation.

1

2. The University of California at San Francisco medical center shall evaluate plaintiff's mental health and provide plaintiff with a written report of this evaluation.

Dated: July 31, 2007

                                Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-BZCASES\MYERS\MED-PSYCH.EVAL.ORDER.wpd