UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MYERS,<br><br>         Plaintiff(s),<br><br>    v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>         Defendant(s). | No. C07-2150 BZ<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

Plaintiff's motion to file medical documents and personal information under seal, Docket No. 31, is **DENIED** without prejudice to his refiling an appropriate motion in the appropriate manner. Plaintiff is directed to Civil Local Rule 79-5, which provides the process for filing documents under seal. In addition, plaintiff is reminded that it is his responsibility to become familiar with the federal and local rules of procedure. Continued failure to abide by the applicable rules of procedure will expose plaintiff to

///

///

1

sanction.

Dated: August 2, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MYERS\ORDER.DENY.SEAL.wpd