```
1  ROBERT MYERS
   869 ELLIS STREET
2  SAN FRANCISCO, CA 94109

3
                UNITED STATES DISTRICT COURT
4               NORTHERN DISTTRICT OF CALIFRONIA

5

6  ROBERT MYERS,                          )  Case No.: C07-2150 BZ
                                          )
7            Plaintiff,                   )  MOTION TO TAKE DEPOSTIONS WITHOUT COURT
                                          )  REPORTER, AND TAKE DEPOSTIONS VIA TAPE
8       vs.                               )  RECORDING.
                                          )
9  THE CITY AND COUNTY OF SAN FRANCISCO   )
                                          )
10 DEPARTMENT OF HUMAN SERVICES ,         )
                                          )
11           Defendant
```

This court during the case conference suggested that if plaintiff could not afford a court reporter pursuit to Federal Rule of Civil Procedure 30(b) (2) allows depositions to be recorded by sound. But under Federal Rule of Civil Procedure 28 there has to be a court reporter there to administer the oath and the defendant can not waive that rule only the court can. I made the city aware that I would be taking a tape recording on 08/15/2007 on pat mastess to be done at a location still to be chosen because it can not be done at the court house because my wallet was stolen and I have no id at this point until I get a new the city is refusing to let me take a deposition because they say they were not made a where on the deposition which is untrue there were made aware and they agreed to this/ so I ask the court to allow this deposition to take place in the interests of justice and fairness since I can not afford a court reporter this is the only way I can question this witness Ms. Pat mastess has agreed to return when they city summons her they can question her then. There main concern in that they will not be able to ask there questions which is not true they will at a later date the attorney for the defendant is on a part time work load and is slowing down the progress of this case so I ask this court to not allow the defendant the right to do this.

[**Summary of pleading**] - 1

```
                                    Dated this 08/09/2007

                                    _____
                                    869 Ellis Street
                                    San Francisco, ca 94109
                                    Robert Myers
```

**DENIED.  FAILURE TO COMPLY WITH LOCAL RULES.**

*Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — DENIED, Judge Bernard Zimmerman*

[**Summary of pleading**] - 2