```
ROBERT MYERS
869 ELLIS STREET
SAN FRANCISCO, CA 94109
```

UNITED STATES DISTRICT COURT
NORTHERN DISTTRICT OF CALIFRONIA

| | | |
|---|---|---|
| ROBERT MYERS, | ) | Case No.: C07-2150 BZ |
| | ) | |
| Plaintiff, | ) | MOTION to have motion hearing via |
| | ) | telephone on 08/13/2007 |
| vs. | ) | |
| | ) | |
| THE CITY AND COUNTY OF SAN FRANCISCO | ) | |
| | ) | |
| DEPARTMENT OF HUMAN SERVICES , | ) | |
| | ) | |
| Defendant | | |

I ask this court to allow for the time being to allow the motion hearing on 08/13/2007 at 1:00 pm to be done via phone conference because my wallet was stolen and I will not be able to get into the court house without my state ID so I ask the court to either allow me to do the hearing via phone or allow me to enter the court house without state ID.

Dated this 08/09/2007

_____
869 Ellis Street
San Francisco, ca 94109
Robert Myers



DENIED.  NO HEARING SCHEDULED FOR AUGUST 13, 2007.

[**Summary of pleading**] - 1

[**Summary of pleading**] - 2