1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | WAYNE SNODGRASS, State Bar #148137
SHERRI SOKELAND KAISER, State Bar #197986
3 | Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
4 | City Hall, Room 234
San Francisco, California 94102-4682
5 | Telephone:   (415) 554-4691
Facsimile:   (415) 554-4747
6 | E-Mail:   sherri.sokeland.kaiser@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
DEPARTMENT OF HUMAN SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT MYERS, | Case No. C07-2150 BZ |
|---|---|
| Plaintiff, | STIPULATION AND ORDER STAYING FURTHER LITIGATION THROUGH JANUARY 31, 2008 AND SETTING FURTHER CASE MANAGEMENT CONFERENCE |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF HUMAN SERVICES, | |
| Defendant. | |

STIPULATION AND ORDER STAYING CASE   1   n:\govlit\li2007\071362\00438478.doc
USDC No. C07-2150BZ

1  Plaintiff Robert Myers and defendant City and County of San Francisco hereby stipulate to a
2  stay of this case through and including January 31, 2008, in the hopes that a possible settlement will
3  obviate the need for further litigation. If the case has not settled and been dismissed by that date, a
4  further case management conference will take place on March 3 2008
5  at 4 pm

6  Dated: September 18, 2007

DENNIS J. HERRERA
City Attorney
SHERRI SOKELAND KAISER
Deputy City Attorney

By: _____
SHERRI SOKELAND KAISER

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: September 18, 2007

_____
ROBERT MYERS, Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 19 Sept 07

_____
MAGISTRATE JUDGE

STIPULATION AND ORDER STAYING CASE          2          n:\govlit\li2007\071362\00438478.doc
USDC No. C07-2150BZ