DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
SHERRI SOKELAND KAISER, State Bar #197986
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:	(415) 554-4691
Facsimile:	(415) 554-4747
E-Mail:	sherri.sokeland.kaiser@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
DEPARTMENT OF HUMAN SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MYERS,<br><br>	Plaintiff,<br><br>	vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF HUMAN SERVICES,<br><br>	Defendant. | Case No. C07-2150 BZ<br><br>JOINT REQUEST TO VACATE SETTLEMENT CONFERENCE; DECLARATION OF SHERRI SOKELAND KAISER; STIPULATION AND ORDER |

Pursuant to Northern District Civil Local Rules 6-2 and 7-12, the parties hereby stipulate and request that the Court vacate the settlement conference scheduled for December 21, 2007 before Magistrate Judge Larson. This request is based on the reasons set forth in the following declaration of defendant's counsel.

# DECLARATION OF DEPUTY CITY ATTORNEY SHERRI SOKELAND KAISER

I, Sherri Sokeland Kaiser, declare as follows:

1. I am a Deputy City Attorney for the City and County of San Francisco and the principal attorney representing the City in this case. I have personal knowledge of the following statements except as otherwise indicated. I would and could competently testify thereto if called as a witness.

2. The settlement conference scheduled for December 21, 2007 should be vacated because this case is currently stayed. On September 19, 2007, this Court stayed all further litigation through and including January 31, 2007. That stay does not exempt settlement conferences and applies by its terms to all portions of the litigation process.

3. The settlement conference should also be vacated because it would add little or nothing to the parties' existing efforts to settle the case. The purpose of the stay is to allow the parties to consummate their existing agreement to settle by finding plaintiff permanent housing. That effort is still underway and appears promising, because plaintiff has received preliminary approval to move into an affordable housing unit. As the parties have already agreed to a settlement plan and simply need more time to effectuate it, a judicial settlement conference would add nothing to this effort. Rather, it would needlessly consume scarce judicial resources.

4. The only prior time modification in this case is the stay discussed in paragraph 2.

5. I do not foresee that the requested modification would have an impact on case scheduling. A Further Case Management Conference is already set for March 3, 2008 in the event that the case does not settle, and at that point the Court could easily refer the case for a judicial settlement conference.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 13, 2007 at San Francisco, California.

_____
SHERRI SOKELAND KAISER

## STIPULATION AND ORDER

Plaintiff Robert Myers and defendant City and County of San Francisco hereby stipulate and request that the settlement conference scheduled for December 21, 2007 be vacated in light of the fact that a stay is in place through January 31, 2008, and because in any event a judicial settlement conference would add little to the parties' existing agreement to settle the case by finding permanent housing for the plaintiff.

Dated: November 13, 2007

DENNIS J. HERRERA
City Attorney
SHERRI SOKELAND KAISER
Deputy City Attorney

By: _____
SHERRI SOKELAND KAISER

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: November 13, 2007

_____
ROBERT MYERS, Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.   A new settlement conference shall be scheduled for March or April 2008.

Dated: November 14, 2007

_____
MAGISTRATE JUDGE



REQ. TO VACATE SETTLEMENT CONFERENCE
USDC No. C07-2150BZ

3

n:\govlit\...00449288.doc