UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MYERS, | |
| Plaintiff(s), | No. C07-2150 BZ |
| v. | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND VACATING TRIAL DATE** |
| CITY & COUNTY OF SAN FRANCISCO, et al., | |
| Defendant(s). | |

On September 19, 2007, pursuant to stipulation by the parties, I ordered this matter stayed in light of a possible settlement. The proposed settlement required defendant to find permanent housing for plaintiff in San Francisco. If settlement did not occur, I ordered the parties to appear for a further case management conference on March 3, 2008.

Defendant submitted a case management conference statement and supporting declaration setting forth its attempts to contact plaintiff because it had located permanent housing for him. Defendant could not locate plaintiff. An investigator was able to find plaintiff in Washington, D.C.,

1

but plaintiff purportedly refused to speak to defense counsel on the telephone.

Plaintiff did not file a separate statement or appear at the case management conference. Plaintiff has not taken any further actions to prosecute this action. Moreover, his claims regarding available housing in San Francisco may well be moot since he has apparently moved to Washington D.C.

Plaintiff is **HEREBY ORDERED** to either dismiss this action or show cause in writing why this case should not be dismissed for lack of prosecution by Monday, March 24, 2008. If a hearing is necessary, it will be on **Wednesday, April 2, 2008**, at **10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

The April 22, 2008 trial date set in this matter is **VACATED**.

Dated: March 4, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MYERS\OSC RE DISMISSAL AND VACATING TRIAL DATE.FINAL.wpd