UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MYERS,<br><br>    Plaintiff(s),<br><br>  v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendant(s). | No. C07-2150 BZ<br><br>**ORDER OF DISMISSAL** |

On September 19, 2007, pursuant to stipulation by the parties, I ordered this matter stayed in light of a possible settlement, and scheduled a further case management conference on March 3, 2008, if settlement did not occur. Defendant was present on March 3, 2008, but plaintiff did not attend. On March 4, 2008, I issued an Order to Show Cause, ordering plaintiff to show cause why this case should not be dismissed for lack of prosecution, and scheduling a hearing for April 2, 2008. On April 2, 2008, defendant appeared. Plaintiff did not appear or respond to the Order to Show Cause.

    In light of Plaintiff's apparent unwillingness to comply

1

1 | with court orders or to otherwise prosecute his case, and
2 | inasmuch as there may remain no federal claims, dismissal of
3 | this case is appropriate.
4 |     **IT IS THEREFORE ORDERED** that plaintiff's complaint be
5 | **DISMISSED** for failure to prosecute pursuant to Federal Rule of
6 | Civil Procedure 41(b).
7 | Dated:   April 4, 2008

                        */s/ Bernard Zimmerman*
                        Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-BZCASES\MYERS\DISMISS.wpd