UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT MYERS, | ) | |
| Plaintiff(s), | ) | No. C07-2150 BZ |
| v. | ) | |
| | ) | **JUDGMENT** |
| CITY & COUNTY OF SAN FRANCISCO, et al., | ) | |
| Defendant(s). | ) | |

The court having issued its Order of Dismissal, **IT IS ORDERED** that plaintiff recover nothing, the action be **DISMISSED** and the defendant City and County of San Francisco recover costs from the plaintiff.

Dated: April 4, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MYERS\JUDGMENT.wpd

1